

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RICHARD NEWBERRY, | § | No. 08-20-00176-CV |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| THE COUNTY OF EL PASO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2019DCV1411) |

## J U D G M E N T

The Court has considered this cause on its own motion to dismiss this appeal for want of jurisdiction and concludes the appeal should dismissed.   We therefore dismiss the appeal for want of jurisdiction.   We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF OCTOBER, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.